John A. Coppede (WY Bar No. 5-2485)
Coal Creek Law
1800 Carey Avenue, Suite 700
Cheyenne, WY 82003
Ph: (307) 634-1525
jcoppede@coalcreeklaw.com

Jason D. Evans (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College St., 33rd Floor
Charlotte, NC 28202
Ph: (704) 916-1502
Jason.Evans@troutman.com

Daniel J. Prichard (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Ph: (404) 885-2738
daniel.Prichard@troutman.com

Christopher R. Jones (*pro hac vice*)
Miles H. Kiger (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Ph: (202) 662-2181; Fx: (202) 274-2994
Chris.Jones@troutman.com
Miles.Kiger@troutman.com

*Counsel for PacifiCorp*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PACIFICORP, d/b/a Rocky Mountain Power, an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARY A. THRONE, CHRISTOPHER B. PETRIE, and MICHAEL M. ROBINSON, in their official capacities as Commissioners of the Public Service Commission of Wyoming,<br><br>    Defendants. | Civil Action No. 24-CV-00101<br><br>**NOTICE OF APPEARANCE** |

Miles H. Kiger of Troutman Pepper hereby enters his appearance as counsel on behalf of

1

Plaintiff PacifiCorp d/b/a Rocky Mountain Power ("Plaintiff"). Miles H. Kiger is otherwise authorized to practice in this court as Pro Hac Vice counsel for the Plaintiff.

Dated this 22nd day of May 2024.

/s/ Miles H. Kiger
Miles H. Kiger (*pro hac vice*)
Christopher R. Jones (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
(202) 274-1937
(202) 274-2994 (facsimile)
Miles.Kiger@troutman.com
Chris.Jones@troutman.com

John A. Coppede (5-2485)
Coal Creek Law LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY  82003-0467
Ph:  307-634-1525
Fx:  307-638-7335
jcoppede@coalcreeklaw.com

Jason D. Evans (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College St., 33rd Floor
Charlotte, NC 28202
Ph: (704) 916-1502
Jason.Evans@troutman.com

Daniel J. Prichard (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Ph: (404) 885-2738
daniel.Prichard@troutman.com

*Counsel for PacifiCorp*